# IN THE UNITED STATED DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DR. RONALD L. SCHROEDER, 1st WAY PREGNANCY SUPPORT SERVICES, an Illinois not-for-profit corporation, and PREGNANCY AID SOUTH SUBURBS, an Illinois not-for-profit corporation,<br><br>Plaintiffs,<br>v.<br>BRUCE RAUNER, in his official capacity as Governor of Illinois; BRYAN A. SCHNEIDER, in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, THOMAS E. PRICE, in his official capacity as Secretary of Health and Human Services, and SEAN CAVANAUGH, in his official capacity as Acting Director, Centers for Medicare and Medicaid Services,<br>Defendants. | Case No. 17 cv 03076<br><br>Hon. Sue E. Myerscough<br><br>PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION UNDER FED.R.CIV.P. 65(a). |

Plaintiffs, Donald Ronald L. Schroeder, 1st Way Pregnancy Support Services, and Pregnancy Assistance South Suburbs, through counsel, hereby move this Honorable Court to enter a preliminary injunction under Fed.R.Civ.P. 65(a), restraining the Defendants Rauner and Schneider from taking any action against the Plaintiffs because the Plaintiffs did not comply with the provisions of Illinois Public Act 99-690 by reason of their sincerely-held religious convictions.

In support of its motion, Plaintiffs rely upon the Memorandum filed contemporaneously with this Motion and the exhibits attached thereto. Plaintiffs respectfully request that its Motion be granted because implementation of that act will violate the First Amendment and Due Process, as explained more fully in their Memorandum.

Respectfully submitted this 16th day of March, 2017.

/s/Thomas Olp
Thomas Brejcha
Thomas Olp ARDC#3122703
Thomas More Society
19 South LaSalle St. Suite 603
Chicago, IL 60603
(312) 782-1680
tolp@thomasmoresociety.org

Attorneys for Plaintiffs

| | |
|---|---|
| DR. RONALD L. SCHROEDER, 1st WAY PREGNANCY SUPPORT SERVICES, an Illinois not-for-profit corporation, and PREGNANCY AID SOUTH SUBURBS, an Illinois not-for-profit corporation,<br><br>       Plaintiffs,<br>v.<br>BRUCE RAUNER, in his official capacity as Governor of Illinois; BRYAN A. SCHNEIDER, in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, THOMAS E. PRICE, in his official capacity as Secretary of Health and Human Services, and SEAN CAVANAUGH, in his official capacity as Acting Director, Centers for Medicare and Medicaid Services,<br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 17 cv 03076<br><br>Hon. Sue E. Myerscough<br><br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION UNDER F.R.CIV.P. 65(a). |

For the reasons stated in the decision accompanying this order the Court HEREBY:

1.   GRANTS Plaintiffs' motion for preliminary injunction; AND

2.   ENJOINS Defendants Rauner, Schneider from taking any action against the Plaintiffs because the Plaintiffs did not comply with the provisions of Illinois Public Act 99-690 by reason of their sincerely-held religious convictions.

            SO ORDERED THIS ___ DAY OF ____, 2017.

            Honorable _____
            United States District Court Judge
            Central District of Illinois