# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Ronald L Schroeder, et al.
                              Plaintiff,

v.                                                 Case No.: 1:17−cv−04663
                                                 Honorable Rebecca R. Pallmeyer

Bryan A Schneider, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 1, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendant Hagan's motion for leave to exceed page limits in her response brief and paragraph limits in her statement of facts [117] is granted to 35 pages and 60 paragraphs. Motion hearing date of 11/4/19 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.