# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ronald L Schroeder, et al.

                    Plaintiff,

v.                                         Case No.: 1:17−cv−04663
                                                              Honorable Iain D. Johnston

Bruce Rauner, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2020:

       MINUTE entry before the Honorable Iain D. Johnston: The plaintiffs' motion for leave to adopt the motion to amend and certify filed in Nat'l Institute of Family v. Rauner (16 CV 50310) [156] is granted. The Clerk is directed to file a copy of the motion to amend and certify from Nat'l Institute on the docket in this case and to note in the minute entry that it is adopted by plaintiffs Schroeder, 1st Way Pregnancy Support Services, and Pregnancy Aid South Suburbs. The defendants shall file a single response brief in each case by 11/30/2020, and the plaintiffs shall file a single reply brief in each case by 1/8/2021. Expert discovery is stayed in each case. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.