**IN THE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| National Institute of Family and Life Advocates, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Mario Treto Jr., <br><br> Defendant. | Case No. 16-cv-50310 <br><br> Hon. Iain D. Johnston <br><br> Magistrate Judge Lisa A. Jensen |
| Ronald Schroeder, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Mario Treto Jr., <br><br> Defendant. | Case No. 17-cv-4663 <br><br> Hon. Iain D. Johnston <br><br> Magistrate Judge Lisa A. Jensen |

## ORDER TO CONSOLIDATE FOR TRIAL

Under Federal Rule of Civil Procedure 42(a)(1), the Court grants Defendant's Agreed Motion to Consolidate for Trial (NIFLA Dkt. 240; Schroeder Dkt. 209) and consolidates *National Institute of Family & Life Advocates v. Treto* (16-cv-50310) and *Schroeder v. Treto* (17-cv-4663) for the final pretrial order, trial, and post-trial submissions. The Court further provides that:

1.     This order will not impede the ability of Plaintiffs' counsel to effectively represent their respective clients, including their ability to present non-cumulative evidence, or separate proposed findings of fact and conclusions of law, or to file separate motions, briefs, and papers, as needed to effectively represent their respective clients;

2.      Due to the consolidation of these cases for the identified stages of the litigation, all of the Plaintiffs will be entitled to rely upon the objections to evidence advanced by any of Plaintiffs' counsel as well as the cumulative evidentiary proffer of the "Plaintiffs' side"; and

3.      This order does not preclude the Defendant from requesting that the Court set limits on post-trial submissions, including the right to request joint submissions from Plaintiffs as the Court deems appropriate.

Date:  August 22, 2023        By:  _____

                                      Iain D. Johnston
                                      United States District Judge