IN THE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| National Institute of Family and Life Advocates, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>Mario Treto Jr.,<br>    Defendant. | Case No. 16-cv-50310<br><br>Hon. Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen |
| Ronald Schroeder, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>Mario Treto Jr.,<br>    Defendant. | Case No. 17-cv-4663<br><br>Hon. Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen |

## ORDER SETTING SCHEDULE FOR POST-TRIAL SUBMISSIONS

The Court hereby enters the following schedule for the parties' post-trial submissions, consistent with this Court's standing order on bench trials:

- By October 30, 2023, the parties shall jointly file a proposed statement of stipulated facts.

- By November 20, 2023, Plaintiffs shall file memorandums of law and supplemental statements of fact.

- By December 11, 2023, Defendant shall file a response brief, supplemental statements of fact, and responses to Plaintiffs' supplemental statements of fact.

- By December 26, 2023, Plaintiffs shall file reply briefs and responses to Defendant's supplemental statements of fact.

Date: September 29, 2023          By: _____
                                      Iain D. Johnston
                                      United States District Judge