IN THE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| National Institute of Family and Life Advocates, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Mario Treto Jr., <br><br> Defendant. | Case No. 16-cv-50310 <br><br> Hon. Iain D. Johnston <br><br> Magistrate Judge Lisa A. Jensen |
| Ronald Schroeder, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Mario Treto Jr., <br><br> Defendant. | Case No. 17-cv-4663 <br><br> Hon. Iain D. Johnston <br><br> Magistrate Judge Lisa A. Jensen |

**JOINT MOTION TO AMEND THE BRIEFING SCHEDULE**

Plaintiffs National Institute of Family and Life Advocates, Tri-County Crisis Pregnancy Center, The Life Center, Inc., Mosaic Pregnancy & Health Centers, Dr. Ronald Schroeder, Women's Help Services, and Pregnancy Aid South Suburbs and Defendant Mario Treto, Jr. respectfully request that this Court enter an Order extending the deadline for Defendant's post-trial response brief to Monday, December 18, 2023, and for Plaintiffs' reply briefs to Tuesday, January 9, 2024. In support of this motion, the parties state as follows:

1. From September 20-22, 2023, the Court held a trial in the above-captioned cases. (NIFLA Dkt. 257-59; Schroeder Dkt. 222-24.)

1

2. On September 29, 2023, the Court entered a post-trial briefing schedule for the parties, consistent with the Court's bench trial standing order. (NIFLA Dkt. 265; Schroeder Dkt. 230.)

3. On November 20, 2023, Plaintiffs filed their opening briefs. (NIFLA Dkt. 271; Schroeder Dkt. 236.)

4. The briefing schedule currently orders Defendant to file his post-trial response brief on or before December 11, 2023 and Plaintiffs to file their replies on or before December 26, 2023.

5. Counsel for all parties will have difficulty adhering to the current briefing schedule because of the holiday season. Defendant received Plaintiffs' opening briefs the Monday before Thanksgiving, and Plaintiffs are currently required to file their replies the day after Christmas.

6. Adjusting the briefing schedule and allowing Defendant to file his response brief on Monday, December 18, 2023 and Plaintiffs to file their replies on Tuesday, January 9, 2024 would both accommodate the holiday schedule and permit the parties to adequately brief the important questions of constitutional law at issue in these cases.

7. Adjusting the post-trial briefing schedule will not cause undue prejudice or hardship.

**CONCLUSION**

WHEREFORE, the parties respectfully request that this Court:

1) Enter an Order adjusting the post-trial briefing schedule as follows:

    a. Defendant shall file his post-trial response brief on or before **Monday, December 18, 2023**;

    b. Plaintiffs shall file their post-trial reply briefs on or before **Tuesday, January 9, 2024**; and

2) Grant any relief that is just.


Dated: November 27, 2023                    Respectfully submitted,

/s/ *Kevin Theriot*                         /s/ *Elizabeth Morris*
Kevin Theriot (*admitted pro hac vice*)     Karyn Bass-Ehler
Julia Payne (*admitted pro hac vice*)       Christopher Wells
15100 N. 90th St.                           Elizabeth Morris
Scottsdale, AZ 85260                        Sarah J. Gallo
(480) 444-0020                              Hannah Jurowicz
ktheriot@ADFlegal.org                       John Hazinski
jpayne@ADFlegal.org                         Office of the Illinois Attorney General
                                            100 West Randolph Street
Noel W. Sterett, Bar No. 6292008            Chicago, Illinois 60601
Dalton & Tomich PLC                         karyn.bassehler@ilag.gov
401 W. State St., Suite 509                 christopher.wells@ilag.gov
Rockford, IL 61101                          elizabeth.morris@ilag.gov
(815) 986-8050                              sarah.gallo@ilag.gov
nsterett@daltontomich.com                   h.groschjurowicz@ilag.gov
                                            john.hazinski@ilag.gov
*Counsel for* NIFLA *Plaintiffs*            (312) 814-3000

Thomas Olp                                  *Counsel for Defendant*
Thomas More Society
309 W. Washington, Suite 1250
Chicago, IL 60606
312-782-1680
tolp@thomasmoresociety.org

/s/ *Patrick T. Gillen*
Patrick T. Gillen (*admitted pro hac vice*)

3

1581 Oakes Blvd
Naples, FL 34119
(734) 355-4728
ptg.gillen@gmail.com
Special Counsel, Thomas More Society,

*Counsel for* Schroeder *Plaintiffs*